IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSE M. BOWERS | ) |
| | ) |
| v. | ) No. 3-01-0488 |
| | ) JUDGE CAMPBELL |
| SHEET METAL WORKERS' | ) |
| NATIONAL PENSION FUND | ) |

ORDER

Pending before the Court is Plaintiff's Motion For Judgment on the Administrative Record (Docket No. 71) and Defendant's Motion For Summary Judgment/Judgment on the Administrative Record (Docket No. 74). For the reasons set forth in the accompanying Memorandum, the Plaintiff's Motion is DENIED, and the Defendant's Motion is GRANTED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE